**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

UNITED STATES OF AMERICA

v.                                                                                  CRIMINAL NO.  3:24-cr-53-MPM-RP-9

ALEXIS CONNER

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **William F. Travis** on **May 30, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **William F. Travis** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **William F. Travis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 30th day of May, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE